UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:14-CR-190-T-24EAJ

*EX PARTE / IN CAMERA*

STEPHEN MAYER
_____/

## MOTION TO SEAL

The Defendant, STEPHEN MAYER., has submitted a "EX PARTE/INCAMERA", DEFENSE COUNSEL'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL AND REQUEST TO APPOINT NEW COUNSEL AND REQUEST FOR HEARING, and hereby moves this Court to seal said filing, in light of the sensitive and confidential nature of its contents.

Respectfully submitted.

DONNA LEE ELM
FEDERAL PUBLIC DEFENDER

_____
Mary A. Mills
Missour Bar No. 0038369
Assistant Federal Public Defender
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Phone: (813) 228-2715
FAX: (813) 228-2562
Email: Mary_Mills@fd.org
*Counsel for Defendant Mayer*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October, 2014, true and correct copies of the foregoing and the attached documents were furnished by U.S. Mail to Stephen Mayer, Pinellas County Jail Docket #1599371, Pinellas County Jail, 14400 49th Street North, Clearwater, Fl. 33762.

Mary A. Mills
Assistant Federal Defender