UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 8:14-CR-190-T-24 EAJ

*EX PARTE / IN CAMERA*

STEPHEN MAYER

_____/

## ORDER

Attached is a ex parte motion to seal certain papers or materials; or a pleading submitted by counsel for filing already marked <u>under seal</u> without benefit of a preceding motion and order so directing.

With respect to the attached, the Clerk is directed to:

    **X**     File the Order and Documents(s) <u>under seal</u>.

    _____     File the Order and document(s) in the public record.

    _____     Return the document(s) to counsel for re-submission, if counsel desires, as a public document.

DONE and ORDERED this 15th day of October, 2014, in Tampa, Florida.

Susan C. Bucklew
United States District Judge