UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:14-cr-190-T-24EAJ

STEPHEN MAYER

## VERDICT

1. **Count One of the Superseding Indictment**

As to the offense of conspiracy to commit wire fraud affecting a financial institution, in violation of 18 U.S.C. § 1349,

We, the Jury, find the defendant, STEPHEN MAYER:

Not Guilty _____   Guilty \_\_\_\_X_____

NOTE: If you find the defendant not guilty of the offense charged in Count One, you need not consider the paragraph below.

We, the Jury, having found the Defendant guilty of the offense of conspiracy to commit wire fraud charged Count One, further find with respect to that Count that the conspiracy to commit wire fraud affected a financial institution:

Yes \_\_\_\_X_____   No _____

2. **Count Two of the Superseding Indictment**

As to the offense of wire fraud affecting a financial institution, in violation of 18 U.S.C. §§ 1343 and 2,

We, the Jury, find the defendant, STEPHEN MAYER:

Not Guilty _____            Guilty ____X____

NOTE: If you find the defendant not guilty of the offense charged in Count Two, you need not consider the paragraph below.

We, the Jury, having found the Defendant guilty of the offense of wire fraud charged Count Two, further find with respect to that Count that the wire fraud affected a financial institution:

Yes ____X____            No _____

3. **Count Three of the Superseding Indictment**

As to the offense of wire fraud affecting a financial institution, in violation of 18 U.S.C. §§ 1343 and 2,

We, the Jury, find the defendant, STEPHEN MAYER:

Not Guilty _____            Guilty ____X____

NOTE: If you find the defendant not guilty of the offense charged in Count Three, you need not consider the paragraph below.

2

We, the Jury, having found the Defendant guilty of the offense of wire fraud charged Count Three, further find with respect to that Count that the wire fraud affected a financial institution:

Yes __X__        No _____

4. **Count Four of the Superseding Indictment**

As to the offense of wire fraud affecting a financial institution, in violation of 18 U.S.C. §§ 1343 and 2,

We, the Jury, find the defendant, STEPHEN MAYER:

Not Guilty _____        Guilty __X__

NOTE: If you find the defendant not guilty of the offense charged in Count Four, you need not consider the paragraph below.

We, the Jury, having found the Defendant guilty of the offense of wire fraud charged Count Four, further find with respect to that Count that the wire fraud affected a financial institution:

Yes __X__        No _____

3

5. **Count Five of the Superseding Indictment**

As to the offense of wire fraud affecting a financial institution, in violation of 18 U.S.C. §§ 1343 and 2,

We, the Jury, find the defendant, STEPHEN MAYER:

Not Guilty_____     Guilty ___X___

NOTE: If you find the defendant not guilty of the offense charged in Count Five, you need not consider the paragraph below.

We, the Jury, having found the Defendant guilty of the offense of wire fraud charged Count Five, further find with respect to that Count that the wire fraud affected a financial institution:

Yes ___X___     No _____

6. **Count Six of the Superseding Indictment**

As to the offense of wire fraud affecting a financial institution, in violation of 18 U.S.C. §§ 1343 and 2,

We, the Jury, find the defendant, STEPHEN MAYER:

Not Guilty_____     Guilty ___X___

NOTE: If you find the defendant not guilty of the offense charged in Count Six, you need not consider the paragraph below.

We, the Jury, having found the Defendant guilty of the offense of wire fraud charged Count Six, further find with respect to that Count that the wire fraud affected a financial institution:

Yes __X__     No _____

7. **Count Seven of the Superseding Indictment**

As to the offense of wire fraud affecting a financial institution, in violation of 18 U.S.C. §§ 1343 and 2,

We, the Jury, find the defendant, STEPHEN MAYER:

Not Guilty _____     Guilty __X__

NOTE:  If you find the defendant not guilty of the offense charged in Count Seven, you need not consider the paragraph below.

We, the Jury, having found the Defendant guilty of the offense of wire fraud charged Count Seven, further find with respect to that Count that the wire fraud affected a financial institution:

Yes __X__     No _____

5

8. **Count Eight of the Superseding Indictment**

As to the offense of wire fraud affecting a financial institution, in violation of 18 U.S.C. §§ 1343 and 2,

We, the Jury, find the defendant, STEPHEN MAYER:

Not Guilty_____          Guilty ___X___

NOTE:   If you find the defendant not guilty of the offense charged in Count Eight, you need not consider the paragraph below.

We, the Jury, having found the Defendant guilty of the offense of wire fraud charged Count Eight, further find with respect to that Count that the wire fraud affected a financial institution:

Yes ___X___          No _____

9. **Count Nine of the Superseding Indictment**

As to the offense of wire fraud affecting a financial institution, in violation of 18 U.S.C. §§ 1343 and 2,

We, the Jury, find the defendant, STEPHEN MAYER:

Not Guilty_____          Guilty ___X___

NOTE:  If you find the defendant not guilty of the offense charged in Count Nine, you need not consider the paragraph below.

We, the Jury, having found the Defendant guilty of the offense of wire fraud charged Count Nine, further find with respect to that Count that the wire fraud affected a financial institution:

Yes __X__          No _____

SO SAY WE ALL, this 29th day of __January__, 2015

__Bradley E. Orr__
FOREPERSON