Docket No. 1599371
Pinellas County Jail
14400 N. 49th Street
Clearwater FL.

EXHIBIT 1I

Copy

Donna Lee Elm
Federal Defender
Middle District of Florida

CC1. Judge Susan Bucklew

CC2. Bjorn Brunvand Esq.

CC3.

RE: United States of America v. Stephen Mayek
Case No. 8:14-cr-190-T-24EAJ
Middle District of Florida (Tampa Division)

Dear Ms. Elm;

As you are aware your assistant federal defender Mary Mills argued her motion on behalf of your office for the termination of legal representation in the above titled case before Judge Bucklew on October 20th 2014. A matter I feel I have accurately memorialized within the attached four page summary of the background of my case. At this hearing I found my ability as a lay person to adequately gird myself to argue my position not surprisingly lacking. I found Ms. Mills statements disingenuous and I'm confused that clearly Ms. Mills issue with myself and my case did not suddenly materialize seven days before my trial date but why it took eleventh hour action on her part to destroy my opportunity for my trial to be heard on October 27th 2014, still mystery

1 of 4

AND CAPABLE OF PROVIDING A DEFENSE OF MY CASE AFTER WHAT WAS
ACKNOWLEDGED AS A NINETY DAY PREPARATORY PERIOD. MS. MILLS ALSO
STATED AS THROW AWAY REMARKS, OR IN A MANNER SO AS TO SUGGEST THEY
WERE, THAT, MY DEFENCE HAD CHANGED AND THE GOVERNMENTS 27,000
PLUS FILES OF EVIDENCE WAS OVERWHELMINGLY AGAINST ME.

　　　　FROM OUR INITIAL MEETING MS. MILLS HAS BECOME ONE OF
THE GOVERNMENTS LOUDEST PROPONENTS OF THEIR RHETORIC WHICH
HAS SEEMED MORE AKIN TO THE POLITICAL SPEECHES ABOUT WMD'S
IN RECENT YEARS THAN ANYTHING BASED IN FACT. CONTRARY TO
THIS ARE STATEMENTS IN THE GOVERNMENT DISCOVERY WHICH DETAIL
MS. RYDELL, THE AUSA, SPECIFICALLY REQUESTING THE SECRET SERVICE
AGENT JOINING THE LEAD STATE AGENT INVESTIGATOR ON THE TRIP
1/13/11 TO ASSIST IN THE HOPED INTERVIEW. 1 MIGHT PROVIDE POST
MY ARREST, REFERRING, "DUE TO THE AGE AND COMPLEXITY OF THE CASE
AS THE REASON, A FACT WHICH SEEMS LOST ON MS MILLS.

　　　　I HAVE REPEATEDLY TOLD MS. MILLS AND HER COLLEAGUES THIS
ARE NOT 27,000 PLUS FILES BUT LESS THAN 400 FILES OF WHICH
LESS THAN 50 HAVE ANY BEARING ON ME.

　　　　THE ISSUE OR SUGGESTION THAT MY DEFENSE HAS CHANGED
IS YET ANOTHER OF MS. MILLS FANCIFUL NOTIONS WHICH ALSO
BEARS NO BASIS INTO REALITY.

　　　　MS. MILLS HAS SPENT APPROXIMATELY 180 MINUETS OF
FACE TIME WITH ME OVER THE 90 DAY "PREP-TIME", MR.
NATE, (CO-COUNCIL) APPROXIMATELY 40 MINUETS. AND MR.
VITIER THE SECOND ASSIGNED INVESTIGATOR, APPROXIMATELY 180
MINUETS ALL A SHARP CONTRAST TO THE 200 PLUS HOURS I HAVE

SPENT EXAMINE EVERY PAGE OF DISCOVERY AND THE APPROXIMATE 25 HOURS MR. JONAS MY PERSONAL ATTORNEY HAS GENEROUSLY DONATED TO THE CAUSE.

MR. JONAS WAS A SIGNIFICANT TOPIC AT THE OCTOBER 2CTH HEARING DUE TO MS. MILLS ALLEGATIONS OF INTERFERANCE BY HIM WHICH SHE GREATLY MISREPRESENTED TO THE COURT, A MATTER I FELT WAS ADDRESSED BY THE FOUR PAGE MOTION I HAD HANDWRITTEN AND HANDED TO THE JUDGE AT THAT TIME.

ON OCTOBER 15TH 2014 MS. MILLS PENNED A LETTER TO ME STATING SHE HAD BARRED MY PERSONAL ATTORNEY FROM VISITING ME IN JAIL AND FURTHER NOTICED HIM DIRECTLY VIA EMAIL THAT HE MAY NOT ENTER INTO ANY COMMUNICATIONS WITH ME IN REFERENCE TO ANY LEGAL MATTERS. THE JUDGE RULED AGAINST MY MOTION TO PROTECT THESE SIXTH AMENDMENT RIGHTS AND WENT FURTHER TO PREVENT ME FROM SEEKING A SECOND OPINION ON THE CASE BEFORE HER COURT AND OR INSTRUCT ANY ATTORNEY O. ANY MATTER WITHOUT THE COURTS APPROVAL.

THE CORE ISSUE OF MY INDICTMENT IS A STRAIGHTFORWARD MATTER, AS I STATED TO MS. MILLS IN OUR FIRST PHONE CONVERSATION, A MATTER MS. MILLS HAS NEVER ACTUALLY ADDRESSED IN DETAIL OR BEEN ABLE IT SEEMS TO DIGEST AND EXPLAIN IN LEGAL TERMS TO ME. MS. MILLS, DID HOWEVER PRESENT ME WITH A POWER POINT PRESENTATION ON SOME OF THE ASPECTS OF THE GOVERNMENTS CLAIMS, WHICH UPON MY REBUTTLE WITH DOCUMENTARY EVIDENCE AVAILABLE FROM DISCOVERY AND CULLED INTO A PDF FOR MS. MILLS, SHE EXCLAIM SHE DIDN'T THINK THAT WAS ONE OF THE GOVERNMENTS

ARGUMENTS NOW!

In So far as I feel these circumstances and there timing have been skillfully and willfully executed with a resulting devasting effect on my scheduled trial date I want to go on record with a formal complaint of Ms. Mills conduct and further seek the details for the protocol in requesting some sort of independant investigation and to whom these inquiries should be addressed?

Yours Sincerely

STEPHEN MAYER

EXHIBIT 1J

STEPHEN MAYER
DOCKET No. 1599321
PINELLAS COUNTY JAIL
14400 N 49TH ST
CLEARWATER FL

COPY

DECEMBER 3RD 2014

JUDGE SUSAN BUCKLEW
UNITED STATES COURT HOUSE
N. FLORIDA AVENUE
TAMPA FL.

CC-1  DONNA  LEE ELM    CC-2  FAIRTRIALS INTERNATIONAL  CC-3  BJORN BRELUVAR
CC-4  CYNTHIA O'MURCHU    CC-5

RE: CASE No 8:14-190-T-24EAO

UNITED STATES OF AMERICA V STEPHEN MAYER.

DEAR JUDGE BUCKLEW;

PURSUANT TO MY LETTER OF NOVEMBER 12TH ADDRESSED TO MS. ELM AND
COPIED TO YOU I AM WRITTING TO EN-LIST YOUR ASSISTENCE IN GARNERING A
RESPONSE TO THE QUESTION OF PROTOCOL IN SEEKING A FORMAL, INDEPENDENT
INVESTIGATION INTO THE FEDERAL DEFENDERS OFFICE'S HANDLING OF THE ABOVE
TITLED CASE.

MS MILLS THE ASSISTANT PUBLIC DEFENDER ASSIGNED TO MY CASE HAD
REFERENCED HER SCHEDULED ANNUAL LEAVE AS A POSSIBLE CONFLICT TO THE
TWO WEEK TRIAL WINDOW SET TO COMMENCE OCTOBER 27TH. AND IN THAT

IT IS MY CONTENTION THAT MS. MILLS MADE LITTLE TO ANY EFFORT TO
PREPARE FOR MY TRIAL AND IN THAT THERE ARE SEVERAL ANOMILEES IN HER
HANDLING OF MY CASE I AM SURE YOU CAN UNDERSTAND MY DESIRE FOR
AN INVESTIGATION AND SOME CLARITY.

YOURS SINCERELY

STEPHEN MAYER

STEPHEN MAYER                    OCTOBER 31ST 2014
DOCKET NO. 1599371
PINELLAS COUNTY JAIL
14400 N 49TH STREET
CLEARWATER FL


BJORN E. BRUNVAND ESQ.
615 TURNER STREET
CLEARWATER FL 33756
CC1 BRITISH CONSUL SERVICES, CC2 CYNTHIA O'MURCH, CC3 DANIEL JONAS

        RE: UNITED STATES OF AMERICA V STEPHEN MAYER
              CASE No. 8 14-Cr-190-T-24EAJ


DEAR BJORN;
        I AM WRITTING IN FURTHERANCE OF OUR OCTOBER
21ST 2014  INITIAL MEETING AND MY FOLLOW PHONE CONVERSAT
-ION  WITH YOUR ASSISTANT ON OCTOBER 27TH 2014
        AT OUR INITIAL MEETING WE BRIEFLY DISCUSSED MY CASE
AND THE ISSUANCE OF ONE OF SEVERAL OF THE JUDGES ORDERS
OF THE PREVIOUS DAY.
        AS YOU ARE AWARE I FIND THE ORDER IN RESPECT TO
MY MOTION TO PROTECT MY SIXTH AMENDMENT RIGHT TO COUNSEL
DISTURBING, FRIGHTENING  AND IN MY HUMBLE OPINION
UNCONSTITUTIONAL. YOU SAID, YOU HAD NOT HAD TIME TO
FULLY DIGEST THE JUDGES ORDER IN THIS RESPECT AND WAS NOT
AT THAT TIME SURE IF YOU YOURSELF WAS ALSO PRECLUDED UNDER
THE ORDER  FROM SPEAKING ABOUT MY CASE WITH MY PERSONAL

ATTORNEY DANIEL JONAS. AS I STATED, I HAD ALREADY FILED A PRO SE MOTION TO APPEAL THE RULING DIRECTLY WITH THE ELEVENTH CIRCUIT COURT OF APPEALS IN ATLANTA.

SINCE OUR MEETING OF OCTOBER 21ST I HAVE NOT HAD AN OPPORTUNITY TO FURTHER DISCUSS THESE MATTERS AND IN AS FAR AS THE FEDERAL COURT JUDGE DENIED MY RIGHT TO A LEGAL SECOND OPINION AND EVEN THE ABILITY TO INSTRUCT ANY ATTORNEY ON ANY MATTER WITH-OUT THE COURTS PERMISSION I FIND MYSELF AT YOUR MERCY AS THE ONLY LEGALLY QUALIFIED INDIVIDUAL I MAY CONSULT AT THIS TIME. I HAVE ALSO NOT RECEIVED A WRITTEN COPY OF THE JUDGES ORDER AND WOULD THEREFORE APPRECIATE A COPY OF SAME AS WELL AS CONFIRMATION OF THE DOCKET NUMBER FOR MY 4 PAGE HAND WRITTEN MOTION HANDED TO THE JUDGE ON OCTOBER 20TH 2014.

WHEN I SPOKE WITH YOUR ASSISTANT BY PHONE ON OCTOBER 27TH I EXPLAINED THAT I HAD GRAVE CONCERNS OVER THE JUDGES RULING ON THE GOVERNMENTS MOTION FOR AN ORDER OF PROTECTION WITH REGARD TO DISCOVERY. I FURTHER EXPLAINED IN THAT PHONE CALL THAT CERTAIN LETTERS I HAD WRITTEN MY PREVIOUS ATTORNEY, MS. MARY MILLS, CONTAINED IN PART WHAT I CONSIDERED PRIVELEGED INFORMATION AND AS SUCH CORRESPONDENCE SHOULD PERHAPS BE RETURNED TO THE GOVERNMENT AUSA VIA YOUR OFFICE IN ORDER THAT YOU MAY PROTECT MY RIGHTS, WHEN THIRD PARTIES ARE COMPLYING WITH THE COURTS ORDERS. IRONICALLY IT WAS MS MILLS WHO PREVIOUSLY STATED, "THE GOVERNMENT DESTROYED EVIDENCE BEFORE AND STILL WON THEIR CASE"

MY MOTION FOR THE PROTECTION OF MY SIXTH AMENDMENT

BJORN 3of3

RIGHTS ALSO DEALT WITH PRIVELEDGE AND JAIL HOUSE PHONE CALLS TO ATTORNEYS, WHICH THE JUDGE RULED UPON CONSULTATION WITH THE AUSA AGAINST AND THEREFORE ONLY FACE TO FACE MEETINGS AT THE JAIL FALL UNDER THIS PROTECTION PRESUMABLY. IN THAT THESE CIRCUMSTANCES SEEM BIZARE I AM FORCED TO FOCUS ON CERTAIN COMMENTS MADE IN AN EMAIL I RECEIVED IN 2010 FROM A TAMPA BASED ATTORNEY, WHO STATED MY INVESTIGATION AT THAT TIME INTO SHELL COMPANIES AND NOMINEE DIRECTORS WAS "UNWISE" AND HOW "I WAS THROUGH THE LOOKING GLASS" WARNING ME OF THE PERILS OF INVESTIGATING WHERE "ARMS SHIPMENTS AND BIG OIL WAS MOVING." AS I WAS CLUELESS AT THE TIME AS TO WHAT HE WAS REFERING TO I CONTINUED IN MY INVESTIGATION, WHICH, IN SO FAR AS MY CURRENT EVENTS SEEM TO BE EXTREME AND THE ACTUAL RESULTS OF MY INVESTIGATION BORE OUT HIS CLAIMS I HAVE DETAILED MY INVESTIGATIONS FOR YOU, THE REASON FOR THEM AND SOME OF THE HIGHLIGHTS ON THE ATTACHED PAGES.

YOUR CONSIDERED OPINION AND URGENT EXPLANATION OF MY RIGHTS AS THEY CURRENTLY EXIST WILL BE GREATLY APPRECIATED.

SINCERELY

STEPHEN MAYER

EXHIBIT IL
(BJORN 1of 2)

STEPHEN MAYER
DOCKET No 159937/
PINELLAS COUNTY JAIL

COPY

( JUST TO SCAN FOR SAFE KEEPING
I MAILED OTHER COPIES DIRECTLY )

NOVEMBER 17TH 2014

UNITED STATES OF AMERICA v STEPHEN MAYER
CASE No  8:14-Cr-190-T-24EAJ

DEAR BJORN

FURTHER TO OUR INITIAL MEETING OF OCTOBER 21ST AND OUR
SUBSEQUENT MEETING OF NOVEMBER 12TH I AM WRITTING TO FORMALLY
EXPRESS MY CONCERN AT THE LACK OF RESPONSE TO THE QUESTIONS
RAISED AND INFORMATION SOUGHT IN MY LETTER TO YOU DATED
OCTOBER 31ST.

ON NOVEMBER 12TH. 2014 YOU WERE COPIED A LETTER SENT
TO DONNA MILLS THE FEDERAL DEFENDER FOR THIS DISTRICT WHICH WAS
FURTHER CC'D TO JUDGE BUCKLEW. THIS LETTER SPECIFICALLY SEEKS THE
PROTOCOL FOR A FORMAL INVESTIGATION INTO THE CIRCUMSTANCES AND
ACTIONS THAT LED MY PREVIOUSLY ASSIGNED FEDERAL DEFENDER MS.
MARY MILLS TO FILE A MOTION TO WITHDRAW AS COUNSEL OF RECORD
FOR THE ABOVE TITLED CASE ON THE SAME DAY THE GOVERNMENTS
PLE OFFER EXPIRED, WHICH WAS JUST A WEEK BEFORE MY TRIAL WAS
SCHEDULED TO COMMENCE.

IN MY OCTOBER 31ST LETTER TO YOU I RAISED A NUMBER
OF QUESTIONS, I REQUESTED THE DOCKET NUMBER FOR MY MOTION

(PROTECTINE MY SIXTH AMENDMENT RIGHTS TO COUNSEL) HANDED TO JUDGE BUCKLEW ON OCTOBER 20TH, I FURTHER REQUESTED A COPY OF THE JUDGES WRITTEN RULING ON THAT MOTION. ADDITIONALLY I HAD SOUGHT AN EXPLANATION OF MS. MIlls ACTION WHICH, WITH THE GOVERNMENT ASSISTANCE BARRED ME FROM SEEING LAWYERS WITHOUT MS. MIlls APPROVAL AS DETAILED IN HER LETTER TO ME DATED OCTOBER 15TH.

I HAVE RECEIVED A COPY OF THE ORDER GRANTING MS. MIlls MOTION TO WITHDRAW, HOWEVER, I AM FURTHER CONFUSED AS TO WHY THE CASE IS REFERED TO AS MORTGAGE FRAUD WHEN I UNDERST-AND THE CHARGES AGAINST ME ARE THAT OF WIRE FRAUD.

OBVIOUSLY I AM CONCERNED AT THESE EXTREME AND 'ODD 'GOINGS ON' AND URGENTLY REQUEST THAT YOU RESPOND TO MY QUESTIONS IN MY OCTOBER 31ST LETTER TO YOU; I AM AFTER ALL SEVEN MONTH IN JAIL AND DO NOT WISH TO FURTHER REMAIN IN THE DARK.

YOURS SINCERELY

STEPHEN MAYER

STEPHEN MAYER
DOCKET NO 1519371
ANGLIA COUNTY JAIL                                   1 OF 3
14400 N 49TH ST                     NOVEMBER 17TH 2014
CLEARWATER FL 33762
UNITED STATES OF AMERICA.


BJORN BRUNVAND ESQ.

615 TURNER STREET
CLEARWATER!
FL 33756

CC1 FAIRTRIALS INTERNATIONAL   CC2 CYNTHIA O'MURCHU   CC3 DANIEL JONAS CC4=7

Re UNITED STATES OF AMERICA v STEPHEN MAYER

CASE No. 8:14-cr-190-T-24EAJ


DEAR BJORN;

FURTHER TO OUR MEETING TODAY I AM WRITING TO MEMORIALIZE OUR CONVERSATION, I HAVE DETAILED BELOW THE TOPICS WE DISCUSSED AND MADE COMMENTS WITH QUESTIONS ON THE SUBSEQUENT PAGES.

i) WE DISCUSSED THE EXTREME AND UNUSUAL NATURE OF MY CIRCUMSTANCES AND YOU SAID, THAT, THIS WAS A UNIQUE SITUATION FOR YOU IN SO FAR AS JUDGE BUCKLEW'S ORDER OF OCTOBER 20TH 2014 WHICH PREVENTS ME FROM DISCUSSING MY CASE AND OR ANY LEGAL MATTER WITH ANY LAWYER OTHER THAN YOURSELF WITHOUT THE COURTS APPROVAL.

ii) WE DISCUSSED MY OVERALL ISSUE WITH TRUST DUE TO THE UNIQUE CIRCUMSTANCES I AM PLACED IN AND MY GENERAL CONCERN AT WHAT MAYBE A CULTURE OF CORRUPTION IN THE TAMPA DIVISION OF THE MIDDLE DISTRICT OF FLORIDA.

iii) YOU STATED THE GOVERNMENT HAD FILED JURY INSTRUCTIONS FOR MY CASE AND DELIVERED A COPY TO ME.

iv) I HANDED YOU A COPY OF A LETTER DATED NOVEMBER 17TH THE CONTENT OF WHICH WAS PRIMARILY MY REQUEST FOR A RESPONSE TO MY INITIAL LETTER TO YOU DATED OCTOBER 31ST 2014

2 OF 3

V) YOU ACKNOWLEDGED RECEIPT OF A COPY OF A LETTER WRITTEN BY ME TO THE FEDERAL DEFENDER, MS. ELM, SEEKING A FORMAL INVESTIGATION INTO THAT OFFICES HANDLING OF MY CASE PRIOR TO YOUR INVOLVEMENT OF OCTOBER 21ST

COMMENTS AND QUESTIONS:

I) YOU ARE AWARE OF MY INVESTIGATION INTO SHELL COMPANIES AND NOMINEE DIRECTORS WHICH COULD BE SEEN AS A SENSITIVE AREA WHERE GOVERNMENT IS CONCERNED AND CERTAINLY AN AREA USED BY SUBSTANTIAL UNITED STATES DEFENCE DEPARTMENT CONTRACTORS, THE SECRET SERVICE AND POSSIBLY THE C.I.A. THE MORE BIZARRE MY CIRCUMSTANCES BECOME THE MORE I WONDER AT THE POSSIBILITY THAT THERE IS MORE TO MY SITUATION THAN APPEARS ON THE SURFACE?

ii) MY LETTER OF OCTOBER 31ST SPECIFICALLY RAISED QUESTIONS AS AN ISSUE WITH THE PROTECTIVE ORDER FOR DISCOVERY AND MY CONCERN AT MY RIGHT TO PRIVILEDGE WHEN THIRD PARTIES COMPLY WITH THAT ORDER. AT OUR MEETING TODAY, YOU STATED THAT THE GOVERNMENT HAD ENCOUNTERED THIS ISSUE AND HANDED OFF THE RECEIPT OF THE MATERIAL TO A THIRD PARTY. SPECIFICALLY THEREFORE, WHEN DID THE GOVERNMENT TAKE THIS ACTION AND WAS IT SUBSEQUENT TO MY TELEPHONE REQUEST OF OCTOBER 27TH 2014 TO YOUR OFFICE, THAT AN AMENDED ORDER BE REQUESTED TO PROTECT MY RIGHTS IN THIS REGARD?

ii) THE JURY INSTRUCTIONS YOU HANDED ME WERE REMINISCENT OF THE PUBLIC DEFENDER, MS. MARY MILLS HANDING ME SHEETS OF PAPER AS IF TO CREATE SHOCK AN AWE, HOWEVER, I NOTICE THESE INSTRUCTIONS ARE GENERIC AND WERE FILED OCTOBER 6TH, WHICH GIVES RISE TO THE QUESTION WHY YOU WOULD KNOW I HADN'T SEEN THEM AND WHAT OTHER CONVERSATIONS HAVE TAKEN PLACE WITH MS. MILLS AND THE FEDERAL DEFENDERS OFFICE AND WHEN?

3 of 3

PLEASE ALSO PROVIDE ME WITH COPIES OF ALL CORRESPONDENCE AND MATERIAL YOU HAVE RECEIVED FROM THE FEDERAL DEFENDERS OFFICE INCLUDING CORRESPONDENCE FROM ME, MY ASSOCIATES AND OR REPRESENTATIVES.

iV) NO COMMENT

V) THE LETTER SEEKING A FORMAL INVESTIGATION OF THE FEDERAL DEFENDERS OFFICE WHEN HANDLING MY CASE DETAILED A BRIEF SYNOPSIS OF MR MILLS CONDUCT WHICH HAD RESULTED IN MY REQUIRING ALL COMMUNICATION BE IN WRITING.

YOU STATED TODAY THAT THE GOVERNMENTS PLE OFFER OF ZERO TO FIVE YEARS WOULD EXPIRE THIS WEDNESDAY THE 19TH OF NOVEMBER. SINCE THIS IS THE FIRST TIME WE HAVE DISCUSSED THIS OFFER, INCLUDING EVEN, ITS EXISTENCE I WOULD LIKE TO KNOW. WHAT OTHER DISCUSSIONS HAVE YOU HAD WITH THE GOVERNMENT AND WHEN IN FACT THIS OFFER WAS FORMALLY MADE?

OBVIOUSLY AFTER SEVEN MONTHS IN JAIL I AM PSYCHOLOGICALLY EXHAUSTED, AND PHYSICALLY DRAINED, HOWEVER IAM VERY MUCH AWARE THAT CIRCUMSTANCES SUCH AS THESE, IF CONSIDERED NORMAL IN THIS DISTRICT ARE STILL OUTRAGEOUS BY ANY REASONABLE STANDARDS.

YOU ARE NOW MY SOLE RELIED UPON (BY COURT ORDER) CHAMPION OF MY RIGHTS AND I THEREFORE NEED AN URGENT WRITTEN EXPLANATION OF EVENTS AND A RESPONSE TO MY LETTER OF OCTOBER 31ST AND MY QUESTIONS RAISED THERE-IN.

YOURS SINCERELY

STEPHEN MAYER





# email re trheat from Hankins

2 messages

Steve <stevejwm305@gmail.com>

Forwarded message ———
From: Mark S. Hankins <flacorps@gate.net>
Date: Wed, Nov 3, 2010 at 12:29 PM
Subject: re[2]: Nesita Mancea, etc.
To: Steve Mayer <SteveJwm305@gmail.com>

Steve,

That is certainly a bad sitaution. Schemes to fraudulently target ownership of land are nothing new in the states or on the continent, and I'm not surprised that international corporate agents' names figured in it, whether or not they were actually involved in that particular scam. U.S. law does not provide for nominee directors and I never personally accept any position in any entity I form (other than the statutory one of incorporator). Where nominee directors do exist (jurisdictions such as Panama, etc.), there is of course the possibility that the nominee will cross
an already-blurry ethical line, and an equal possibility that by allowing their name to be used in that way their identity could be misappropriated for purposes of international crime or espionage.

I'm a little concerned that a wider investigation will not serve you well. Although I don't have personal knowledge of who is involved. I do know that once arms and oil are moving, the players get very high-level very quickly, and prosecutors typically content themselves with nailing the occasional (used up) pawn or rook, leaving the others their run of the board. To quote Kevin Costner's Jim Garrison in "JFK": "[you're] through the looking glass." My guess is that any official who bites into this one will find his superiors less enthusiastic about it than he, for reasons having to do with who the higher-up really answers to.

A good primer on how all this stuff works is the BCCI scandal of the early '90s. Essentially, for a time almost all the bad players globally ran their business through a single bank, which was itself thoroughly penetrated and to some extent operated by intelligence agencies.
http://realityzone-realityzone.blogspot.com/2010/10/inside-global-banking-intelligence.html

The upshot was when the bank's name kept coming up time and time again in various investigations, the agencies finally decided its cover was a little too tattered and they shut it
down, dispersing its activities (believe it or not) to other major banks. A few prosecutors got a few small-game pelts out of it (the clownish Carlos Lehder being perhaps the biggest), but with the exception of the equally clownish Manual Noriega they were blocked from going a whole lot further. Corporate entities are nothing without bank accounts, and that is why there is little emphasis on regulating their formation--in short, although I know the Karlyle Group, there is nothing wrong with forming entities for complete strangers, and thousands of attorneys and services do it every day.

What is actually SUPPOSED to happen with regard to these banks is adherence to "Know Your Customer" rules--they should be able to point an investigator to a live human being with actual identity credentials. So my thought would be that banks will be the most availing avenue for continuing to pursue the actual miscreants effecting the realty escheats--but getting close to them is going to lead to rough people no smaller than the likes of Edmund Safra--and he himself was not too big for someone to kill.

Seriously. If your lawyer can pry their hands off your property, you should content yourself with that.

Regards,

EXHIBIT 10



---

# Fwd: Information Request

4 messages

---

**Steve** <info@fraudinprague.com>
To: ▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮>

---

———— Forwarded message ————
From: **Dougans, Robert** <Robert.Dougans@bryancave.com>
Date: Sat, May 11, 2013 at 6:47 AM
Subject: Information Request
To: "Info@FraudInPrague.com" <Info@fraudinprague.com>
Cc: "Goodacre, Jane" <Jane.Goodacre@bryancave.com>, "Brown, Danielle" <Danielle.Brown@bryancave.com>

Dear Sirs,

I am writing to you further to your website entitled "Fraud In Prague".

I am a lawyer in London and am investigating a fraud committed against our clients. It appears that we have been the victim of a similar fraud to that described on your website. In particular, a UK company, with Rachel Amy Erickson as a sole director, has used documents certified by an English solicitor and then apostilled by the Foreign Office. They have used this to take over, and shut down, the only independent TV station in Ukraine. This is obviously serious and we are making an urgent investigation.

As part of this we need to have contact details for Rachel Erickson so we can, if necessary, serve her with Court papers. Would you be willing to let us know any details you have?

If you would like to speak, please let me know when and where I should call.

Kind Regards.

**Robert J. Dougans**
Associate
Solicitor-Advocate (Civil)
Litigation & Arbitration Department

Bryan Cave
88, Wood Street
London
EC2V 7AJ
Tel: +44 (0)20 3207 1214
Fax: +44(0)20 3207 1881

---

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. You must not copy or disclose the contents of this message or any attachment to any other person.

Bryan Cave is a multinational partnership of solicitors and registered foreign lawyers authorised and regulated by the Solicitors' Regulation Authority (SRA No. 00072291). A list of partners and their professional qualifications is available for inspection at our registered office, 88 Wood Street, London EC2V 7AJ.
Bryan Cave is part of the international legal practice Bryan Cave LLP and Bryan Cave International Consulting

**stuff**

## 'Shell' operation shuts after crime links exposed

MICHAEL FIELD   Last updated 08.58 07/06/2011

An Auckland-based business which has incorporated "shell" companies linked to arms traders, Russian crime syndicates and Mexican drug cartels is closing its New Zealand and Vanuatu operations.

Geoffrey Taylor and his sons Ian and Michael, working out of an apartment in Auckland's Queen St, created a global network of shell companies.

They incorporated hundreds, using New Zealand's lax company formation rules, and some of these companies have also been linked to extortion in Romania and corruption in the Czech Republic.

Ian Taylor's girlfriend Rachel Erickson, the mother of his three children, has been linked to some of the companies in the network.

Taylor did not respond to requests for comment, but last week emailed clients that the business had been forced to close all New Zealand services and addresses.

"By now you will probably know that there are serious problems in New Zealand, " Taylor said.

A 16-month Fairfax Media investigation into the Taylors began after the December 2009 discovery in Bangkok of North Korean arms in a Georgia- registered cargo plane chartered by Auckland's SP Trading.

This week the Registrar of Companies tagged SP's listing with a "notice of intent to remove".

The registrar is also moving against companies listing Seychelles-based Stella Port- Louis, 32, as a director. She directed hundreds of Taylor- created companies.

The Taylor operations are not illegal but some of the companies, under the operation of third parties, can be tied to crime all over the world.

They set up a "shell" company that moved the proceeds of a $245 million Russian tax fraud tied to five deaths, including that of a lawyer who died in Russian police custody.

And US investigators found other companies were used to filter up to $479 billion from Mexican drug lords, predominantly the Sinaloa cartel, to Wachovia Bank.

On Friday, Ian Taylor sent emails to clients of GT Group, NZCI, and associated companies in New Zealand and Vanuatu.

He said the situation had worsened for them. "We are forced to close all NZ services and addresses, " he said.

"We are forced to cease fighting the Companies Office from striking off companies. Even our top level lawyers are afraid to stand by us because they fear what the government may do to them, despite the fact that we are the victims."

Taylor said they were closing their Vanuatu office and all their websites and business email addresses, and directed New Zealand shell operations to redomicile elsewhere through a group known as Lamoneta.net.

"My feeling is that the Companies Office will stop at nothing to strike off every single one of our clients' companies, and I urge you to act now, " Taylor says.

"I would like to personally note that I fully understand that you will be frustrated and angry at this situation, as I am also.

"We have spent the last 10 years building a good reputation, good client base and a good business, and it is all gone due to some irresponsible media and a government department that was embarrassed by that media and looked to blame someone."

Taylor formed companies that have been implicated in "filtering" crime money. Although the money does not come to New Zealand, "shell" companies can use Queen St addresses to add respectability when banking in countries such as Latvia.

Detective Inspector Troy Nicholson of the police Financial Intelligence Unit said financial institutions were subject to money laundering legislation in New Zealand.

He said the unit analysed information to "prevent and detect misuse of the New Zealand financial system", and worked with "domestic and international partners to do so".

American businessman Steve Mayer said he became suspicious of Taylor-incorporated companies in the Czech Republic, particularly the New Jersey- registered Sater Enterprises, and began researching it.

"I spent 18-hour days on this for six months and I have a stack of documents, " he said.

He developed a spreadsheet linking the Taylor-incorporated companies through the Czech Republic, Britain and the US, and believed some of those companies were involved in a network that was criminal.

As Mayer investigated, he drew a response from Taylor, who urged him "to look instead to the person who set the company up, or the person who may be using it".

But Taylor shell company operations classically hid their real owners.

Mayer's lawyer, Daniel Jonas of Miami Beach, filed a complaint with Czech police over the shell companies.

"We have substantial proof of an ongoing practice and the fraudulent use of foreign entities, " he said.

- Stuff

## Duluth Trading Company®

**Fire Hose® Work Pants: Tougher than an Angry Beaver's Teeth. Shop now!**

STEPHEN MAYER
DOCKET No. 1599371
PINELLAS COUNTY JAIL
14400 N 49TH ST
CLEARWATER FL 33762

1 OF 2
JANUARY 15TH 2015

BJORN BRUNVAND
615 TURNER STREET
CLEARWATER FL

RE CASE # 8:14-CR-00190-SCB-EAJ

UNITED STATES OF AMERICA V STEPHEN MAYER

DEAR BJORN;

PURSUANT TO OUR CONVERSATION OF YESTERDAY I AM WRITING TO NOTICE YOU OF CERTAIN CONCERNS I HAVE WITH YOUR TRIAL STRATEGY IN MY CASE.

OBVIOUSLY I WAS HOPING YOUR DEFENCE OF ME WOULD PRECLUDE THE NEED FOR AN APPEAL, HOWEVER, GIVEN YOUR FRIGHTENING AND DISTURBING REFERENCE TO MY DEALING WITH SOME OF JUDGE BUCKLEWS RULING AT THE APPELET LEVEL, I MUST GO ON RECORD WITH THE FOLLOWING QUESTIONS:

1) YOU ARE AWARE THAT MY RESEARCH INTO SHELL COMPANIES AND NOMINEE DIRECTORS TOUCHED UPON SUBSTANTIAL U.S. GOVERNMENT DEFENCE DEPARTMENT CONTRACTORS AND POSSIBLY OTHER BRANCHES OF THE U.S. GOVERNMENT. WHY HAVE YOU IGNORED THIS ALTERNATIVE THEORY OF PROSECUTION AND REFUSED TO DISCUSS IT DESPITE DOCUMENTARY EVIDENCE?

2) YOU HAVE STATED YOU WILL NOT DISCUSS MY CASE WITH THE PRESS AND THAT YOU SEE PRESS INVOLVEMENT AS A DETRIMENT; BUT INSOFAR AS TRANSPARENCY IS CONCERNED WHY WOULDN'T YOU WANT TO INVOLVE THE PRESS?

3) WHY HAVEN'T YOU FILED ANY PRE-TRIAL MOTIONS, EITHER LIMITING THE GOVERNMENTS SCOPE OR CHALLENGED JURISDICTION AND STATUTE OF LIMITATION?

4) WHY HAVEN'T YOU CHALLENGED THE AUTHENTICITY OF EVIDENCE OR ITS PROVENANCE?

5) YOU HAVE STATED THE GOVERNMENT IS GOING BACK SOME FIFTEEN YEARS ALLEDGING A SCHEME, WHICH IS BASED ENTIRELY ON HEARSAY

EVIDENCE; WHAT HOPE THEN, DO I HAVE OF AN HONEST AND FAIR TRIAL OF THE ACTUAL FACTS?

    PLEASE PROVIDE ME WITH A WRITTEN RESPONSE TO THIS AND MY PREVIOUS LETTERS, WHERE I REFERENCE THE ISSUES, WITH, WHAT YOU TERM AS 'MISTAKES' IN THE GOVERNMENTS DISCOVERY.

        SINCERELY

        J Mayer

        STEPHEN MAYER

EXH1817 1R

1 OF 2

JANUARY 19TH 2015

STEPHEN MAYER
DOCKET No 1549371
PINELLAS COUNTY JAIL
14400 N 69TH STREET
CLEARWATER FL 33762

BJORN BRUNYAND
615 TURNER STREET
CLEARWATER FL

RE: UNITED STATES OF AMERICA V STEPHEN MAYER
CASE No 8:14-CR-00190-SCB-EAJ

DEAR BJORN;

ON OCTOBER 8TH 2014 I APPEARED BEFORE JUDGE JENKINS TO HEAR THE READING OF MY SUPERSEEDING INDICTMENT. AT THAT TIME MY PUBLIC DEFEDER MARY MILLS ASKED ME TO ADDRESS MY CONCERNS ABOUT CERTAIN ASPECTS OF HER HANDLING OF MY CASE BEFORE THE COURT. DURING THAT HEARING I THOUGHT I HEARD JUDGE JENKINS MAKE CERTAIN REFERENCES TO LEGAL STRATEGIES AND PUBLIC VERSES PRIVATE ATTORNEYS. I COMMENTED ON THIS MATTER IN MY LETTER TO DONNA MILLS THE FEDERAL PUBLIC DEFENDER ON OCTOBER 13TH 2014.

ON JANUARY 14TH 2015 I WROTE TO YOU TO EXPRESS MY CONCERN THAT CERTAIN ASPECTS OF YOUR PRE-TRIAL STRATEGY EXACTLY MIRRORED WHAT I SAW AS SHORTCOMINGS IN MS. MILLS EFFORTS IN HER REPRESENTATION OF MY CASE. WHILE I AM SURE IT IS A CO-INCIDENCE OR PERHAPHS THE BEST STRATEGY YOUR ACTIONS WOULD HOWEVER EX-HONOURATE MS. MILLS AND FURTHER NEGATE JUDGE JENKINS COMMENTS OF OCTOBER 8TH.

REALIZING THE POTENTIAL SIGNIFICANCE OF JUDGE JENKINS COMMENTS AND PERSONALLY FEELING EXPERT WITNESSES ARE COMMON SENSE I AM FORCED TO WONDER JUST HOW MUCH OF A CORNER I HAVE BEEN BACKED INTO AND WHAT ELSE MAYBE

2 of 2

IN - STORE FOR ME !

THIS SAID AND ON THE RECORD, IS THERE ANYTHING YOU
FEEL WE SHOULD OR COULD DO TO PROTECT MY RIGHTS GOING
FORWARD ?

YOURS SINCERELY

STEPHEN MAYER.

STEPHEN MAYER                                          JANUARY 20TH 2015
DOCKET No. 1599371
PINELLAS COUNTY JAIL
14400 N 49TH STREET
CLEARWATER FL

                              BY HAND

BJORN BRUNVAND
615 TURNER STREET
CLEARWATER FL              UNITED STATES OF AMERICA V STEPHEN MAYER
                           CASE No. 8:14-CR-C0190-SCB-EAT

DEAR BJORN;

HAVING SAT THROUGH THE FIRST DAY OF TRIAL AND FELT CONFIDENT AFTER THE GOVERNMENTS OPENING STATEMENT I WANTED TO GO ON THE RECORD WITH A COUPLE OF NIGGLING CONCERNS:

1) WE HAVEN'T ENTERED ANY EXHIBITS DESPITE THE 50 PDF FILES OF SOME 1000 PAGES OF DOCUMENTS, LETTERS, COPIES OF CHECKS ETC THAT I HAVE CULLED FROM THE GOVERNMENTS OWN DISCOVERY. AS YOU ARE AWARE THESE FILES ARE COMPILED TO IMPEACH POTENTIALLY THE STATEMENTS OF THE GOVERNMENTS WITNESSES IF THEY STICK TO THEIR STORIES IN THE INITIAL COMPLAINT AND IN THEIR FOLLOW UP STATEMENTS. MY QUESTION THEREFORE, WHY HAVEN'T WE SUBMITTED THIS LIST TO THE COURT IN THE SAME MANNER THE GOVERNMENT DID TODAY?

2) YOU HAVE STATED THE DOCUMENTS WE HAVE COMPILED CAN BE INTRODUCED AS EVIDENCE FOR IMPEACHMENT PURPOSES AND MY ONLY OBVIOUS CONCERN HERE THAT WE ARE SITTING DUCKS AND NOT PRO-ACTIVE. I ASSUME HOWEVER, GIVEN YOUR STATEMENTS THAT AUTHENTICATION ISSUES ARE NOT RELEVANT WITH THESE ITEMS?

3) ALTHOUGH I HAVE REPEATEDLY ASKED THAT YOU SEEK EXPERT WITNESSES IN THE FORM OF LARRY BENES AND MCKIVER BERNER YOU SEEM UNWILLING, AND WHILE YOU MUST HAVE A GOOD REASON IT HAS BEEN MOOTED BY INMATES MORE EXPERIENCED WITH THIS DISTRICT AND THE FEDERAL SYSTEM IN GENERAL THAT COUPLED WITH YOUR FAILURE TO CHALLENGE THE INDICTMENTS MANY FLAWS WITH ANY PRE-TRIAL MOTIONS THAT I AM BEING 'THROWN OVER' OF COURSE I CANNOT FATHOM A SITUATION WHERE A LAWYER WOULD BE SO CORRUPTED AS A PROFESSIONAL OR EVEN AS A HUMAN BEING AND PERSONALLY I DON'T HAVE THAT FEELING.

HOWEVER, IT DID OCCUR TO ME, THAT, ALTHOUGH YOU HAVE PREVIOUSLY STATED, AS DID YOUR COLLEGUE GERVIS THAT THIS WAS A WINABLE CASE THAT MAYBE YOU PERSONALLY FIND ME DIFFICULT OR MY PERSONALITY SO CHALLENGING YOUR ABILITY TO REPRESENT ME IS COMPROMISED; IN THAT ON SOME LEVEL I FEEL VERY VULNERABLE I DO NEED YOU TO LEVEL WITH ME BEFORE IT'S ALL JUST TO LATE, PLEASE THEREFORE GO ON THE RECORD WITH YOUR STRATEGY FOR EVIDENCE SUBMISSION AND WITNESSES IN MY DEFENSE?

YOURS SINCERELY

STEPHEN MAYER

STEPHEN MAYER
DOCKET NO 1599371
PINELLAS COUNTY JAIL
14600 N 49TH ST
CLEARWATER FL 33762

JANUARY 21st 2015

BY HAND

BJORN BRUNVAND
615 TURNER STREET
CLEARWATER FL

UNITED STATES OF AMERICA v STEPHEN MAYER
CASE No  8:14-CR-00190-SC.B-EAJ

DEAR BJORN;

WE HAVE JUST COMPLETED DAY 2 OF MY TRIAL AND I AM VERY MUCH LOOKING FORWARD TO YOUR CROSS EXAMINATION OF THE FDLE INVESTIGATOR EllEN WILCOX. THE GOVERNMENT HAVE POSITIONED HER AS AN EXPERT AS WEll AS THE PARTY LAYING OUT THEIR CLAIMS USING A SLIDE PRESENTATION WITH SUPPORTIVE DOCUMENTS WHICH WERE UNCONTESTED WHEN SUBMITTED AS EVIDENCE THE PREVIOUS DAY. THE HUD ONE CLOSING STATEMENTS, ARE AS YOU KNOW DEFICIENT IN CONTEXT AND EXECUTION. AND I MUST THEREFORE INSIST YOU INCLUDE A REAL ESTATE LAWYER AS AN EXPERT WITNESS WHO CAN ALSO ATTEST TO THE LACK OF VALIDITY OF ALL OF THE CONTRACTS CLAIMED AS CLOSING DOCUMENTS. YOU ARE ALSO AWARE IT IS NOT MY SIGNATURE THAT APPEARS ON THESE CONTRACTS AND IN VIEW OF MS. WILCOX'S UNCHALLENGED ATTESTATION THAT SIGNATURES WERE MINE WHILE UNDER OATH I MUST ALSO INSIST ON A HAND WRITTING EXPERT.

I HAVE MADE CLEAR I AM NOT LOOKING FOR A TRIAL WITH DIFFICIENCIES ELIGIBLE FOR APPEAL OR PREPARED TO ACCEPT DEFEAT DUE TO A VIGILANTY STYLE PROSECUTION AND I AM

SHOCKED BY THE STARK CONTRAST OF CHUMMYNESS BETWEEN OPPOSING COUNSIL IN TAMPA AS COMPARED TO MIAMI. YOU ARE ALSO AWARE IT IS MY ABSOLUTE INTENT TO TESTIFY BUT AS I STATED TODAY I WANT TO DO SO WITH AN EQUALLY WELL CRAFTED PRESENTATION AS PROVIDED BY MS. NILCOY. TO THIS END I AM READY WILLING AND ABLE TO ASSIST IN ANY WAY I CAN IN ORDER TO PROVIDE THE SAME QUALITY PRESENTATION.

YOURS SINCERELY

STEPHON MAYER

Bjorn Brunvand Esq.

615 Turner Street

Clearwater Florida                    By Hand.


Re United States of America v Stephen Mayer

Case No 8:14-CR-00190-SCB-EAJ


Dear Bjorn;


On December 30th I copied you a letter I sent to Cynthia Omurchu of The London Financial Times and in the light of some of my latest findings coupled with the content of my letter to Ms. Omurchu I am writting to seek your advice, support and assistance in making a formal complaint to the appropriate authorities in respect to evidence of corrupted files within the discovery material supplied by the Governments representatives.


The Discovery contains a number of files from different sources with most pages indetified by a unique reference number which I have come to learn is reffered to as the Bates reference number. The majority of the documents supplied as discovery were collected under Subpoena and are accompanied with an attestation as to their authenticity.


Pages of a file referenced with bates numbers CSSU-00001 through CSSU-00363 are accompanied by a letter from the law firm McQuireWoods signed by Jeremy Freeman, dated September 3rd 2014, addressed to Special Agent Eller Wilcox (Bates Ref CSSU-00364) and accompanied by an attestation from Credit Suisse Securities (USA) LLC ( Bates Ref CSSU-00365) which is signed by Grace Shentwu on behalf of Credit Suisse Securities (USA) LLC and dated September 2nd 2014. The authentication statement and letter from McQuireWoods both reference the documents with bates numbers CSSU-00001 through CSSU-00363 as being collected on June 17th 2009 under a grand jury subpoena referenced as 2009R00895002 in respect to a case referenced as 2008-GJ-T-30-EAJ. These documents reference the closing of a property indentified in my Indictment as 2306 North Nebraska Avenue Tampa. In the Goverments indictment of me they make certian statement as to the chain of ownership for the Greenpoint Mortgages' of which the 2306 Nebraska Avenue Property is stated to be one of, however, they make no reference to Credit Suisse Securities (USA) LLC or a subsiduary as a benificial owner of the loan. I have further listed some anomilees which are inconsistent with an appropriate document package from a lender within this series of Bates numbers.

Bates Number CSSU-00007 is for an appraisal which is certified to premier Mortgage. Appraisers were required to certify the appraisal to the lender of record in order for the lender to accept or rely upon the appraisal, I understand this was at a minimum for E&O insurance purposes.

Bates Number CSSU-00017 details a second Appraisal which is certified to GreenPoint Mortgage Funding Inc. by yet another appraiser.

Bates Number CSSU-00055 Shows a warranty deed signed by myself possibly for this property but for a previous sale of the property and not the sale conducted for this closing.

Bates Number CSSU-00188 Shows the first page of the purchase and sale contract with Bates Number CSSU-00189 the second page, detailing a closing to take place on or before September 15th 2006 and page CSSU-00190 is the signature page of the contract. The closing took place on October 12th 2006, the 'lenders package' does not include an extension to the contract and it is therefore impossible to asses the terms of the sale

without a valid contract. It is also my expereince and understanding that lenders will not issue loan documents where no valid contract exist. In this case as with all of the contracts I have found in discovery the same issues we have prev ously discussed are also apparent.

Bates Number CSSU-00300 Is for a paper titled "Lock-In Sheet, Loan Info" which references the "print date" of October 12th 2006, the GreenPoint Loan Number (090865007) and the Appraiser, "Yucca Realty" which is not the company name on the paperwork of either of the appraisals included in this package.

Another set of documents for the purchase and sale of 5005 Troydale Road Tampa is even more alarmingly corrupted. Referenced under Bates Numbers ACCU00001 through ACCU-00327 is an attestation as to authenticity for these documents signed by Brian K Woods on May 9th 2009 in his capacity as custodian of records for Title Conulting Services DBA ACCU Title (Bates Number ACCU-00001). His attestation further references the documents were provided under subpoena 2009R00832001. His attestation references two files 01-071034 and 01-071034A, File 01-071034 corresponds to Bates Numbers ACCU-00002 through ACCU-00127 with File 01-071034A corresponding to Bates Reference numbers of ACCU-00128 through ACCU-00327.

At Page, Bates Reference ACCU-00229, ACCU-00230 there appears the HUD 1 closing statement with ACCU-00231 showing the appropriate signature page signed by Shin Sheng Chen as seller on behalf of the company Invest Fund Corp USA Inc. However, Pages referenced ACCU-00232 shows the second page of an unrelated closing statement signed by Ms. Fobare, Myself and Scott Larue (in his capacity as closing agent) with the following page ACCU-00233 showing another second page HUD1 closing statement this time executed by Ms. Esop, Myself and Mr. Larue. At first glance and certainly to the untrained eye anyone would be forgiven for assuming those parties were apart of or attended the 5005 Troydale Road closing. I have never visited the Accu Title office or conducted business with them directly, the other HUDS are for different properties, for sales that took place at different times in different locations with different title companies; how they could find their way into a Grand Jury File at the appropriate place so as to confuse the viewer is frigteningly alarming.

There is an altenate package of documents detailing 5005 Troydale Road referenced under Bates numbers WM-00001 through WM-00554 which also includes some of the same closing documents as those referenced with bates number ACCU-00001 through ACCU-00327, however, I cannot find an attestation as to certification as to the validity of these documents. It is the only set of documents I can find with any type of contract extension for the property sale at 5005 Troydale Road, see WM-00176 and WM-00175, Fax Stamped from Esop's office, neither of which bare my signature. Further examination of the entire package reveals the inclusion of a HUD 1 Closing for a completely unrelated property sale with a different lender at 1715 Columbus Avenue, See WM-00254.

As I am sure you can appreciate my circumstances are quite terrifying with prospects of continued incarceration made more alarming by the underlying thought of just how so many of these files are corrupted, and in such away, so as to confuse anyone into believing scripted heresay evidence as the truth. Please advise me by Tuesday January 6th 2015 as to your reccomendation for a strategy and your advice and guidance as to who might appropriately investigate the issues I am raising?

Sincerely,

SMayer

Stephen Mayer.

EXHIBIT 1V        EXHIBIT 1V
1-5-2015

Bjorn Brunnvand Esq

615 Turner Street

Clearwater Florida.

Strictly Confidential

In Re: United States of America V Stephen Mayer

Case Number 8:14-CR-00190-SCB-EAJ

Dear Bjorn

      Pursuant to my letter dated January 1st 2015 in which I make a number of references to corrputed files among the Governments discovery I am writting to detail some further alarming findings.

      Mr previous correspondence addressed among other concerns annomilees with the closing package for 5005 Tnoydale Road at ACCU title company where two second pages of HUD 1 closing documents were in the exact place in a closing file that could confuse the viewer into thinking I had attended and participated in the closing; when in fact the included pages were from different closings held on different dates at the offices of compeating title companies. Further I referenced an issue as to why Credit Suisse Securities (USA) LLC was certifying the authenticity of documents for the loan to Ms. Fobare for 2306 North Nebraska Avenue Tampa when the Government has asserted in the Indictment and complaint that this was a Green Point Mortgage Finance Inc. Mortgage loan. I also note this file was used in a different Grand Jury Indictment in 2009.

      Bank of America has provided an attestation as to the authenticity of Loans in reference to "Hermina Belle Fobare" and further lists 7 loan numbers. The attestation is signed by Kathleen Musik and dated June 22nd

2009 refencing Subpoena 2009R00832012 and bears the Bates Reference Number BOA-FOBARE-00001. The Following Bates Numbers BOA-FOBARE-00002 through BOA-FOBARE-02061 detail the following loan packages some in duplicate: ( I cannot find any GreenPoint Mortgage Funding files in any of the discovery provided detailed, as direcily supplied by Green Point Mortgage Funding Inc.)

BOA-FOBARE-00002 through BOA-FOBARE-00600 Green Point documenation for 3510 North 11th Street

BOA-FOBARE-00601 through BOA-FOBARE-01191 Green Point documenation for 3514 North 9th Street

BOA-FOBARE-01192 through BOA-FOBARE-01738 Green Point documenation for 915 East 23rd Avenue

BOA-FOBARE-01739 through BOA-FOBARE-02061 Green Point documenation for 2306 N Nebraska Ave.

There is another series of Bank of America documents commencing with Bates Numbers BOA-3401-0001 this first page is also signed by Kathleen Musik dated August 5th 2009 referenceing, in response to subpoena 2009RC0895004 stating, "Corporate Loan File, Loan Payment History" Etc.  This file extends through Bates Page Number BOA-3401-00413 and details 4852 Troydale Road, Hermina Fobare and Country Wide Mortgages. It would appear from the Mortgage Statement that this transaction was funded by Country Wide Mortgages despite the loan package stating SilverState Mortgage.

Page Bate stamped BOA-6115-00001 is the first page of a file that references James Kevin Hurt and a property located at 2424 East 18th Avenue. This file extends through BOA-6115—00356. At Bates reference number BOA-6115-00114 it shows the manipulated front page of a sale and purchase contract between Chen Garza Inc. & James K Hurt.  The contract appears to be croped in order to remove and hide some of the clauses. The contract is cut of at line item 81 and re-starts again at line item 110, in essence this moves the signature page to the first page rather than where it belongs on page two. The proceeding two pages are for identical clauses except one has again been 'cropped off', see Bates stamped pages BOA-6115-00115 and BOA-6115-00116.

In the following package to this series of bates numbers for 1138 West La Salle Street, the Pages referenced as Bates Number BOA-6115-00116 now appears with a new bates stamp (See BOA-6291-00190). It is identical in all respects to the other page, detailing the same hand written contract extension for the closing; both properties closed post the extension to closing date and both properties were financed through Markus Esop's brokerage companies.

At Bates Stamped page BOA-00001 there is an attestation to authenticity dated July 13th 2009 signed by Jennifer Gorczynski for Bank of America referencing Subpoena 2009R00832002 with the statement, "Hud 1 Closing Statement, Loan origination file" but which does not reference an individual or loan account, and  is followed by Bates numbered pages from BOA-00002 through BOA-00019, whic includes a random selection of Mr. & Mrs. Esop's Bank Deposits as well as Investfund Corp checks to Fobare . This identical attestation from Bank of America appears again, but this time bearing Bates Stamp BOA-00041.

At Bates stamped page BOA-00020 there is a further sworn statement by Bank of America dated September 18th 2012 and referencing the case 'Hermina Fobare' which references banking instruments in the form of cashiers checks. Bates Stamped page BOA-00043 references a claim for copying documents on April 16th 2009 by Bank of America in respect to a Subpoena for AUSA Rachelle DesVaux Bedke (Ref Subpoena 2009R00832002) stating a return date of documents of May 6th 2009. The following bates numbers are used for Mrs. Esop's  loan and general paperwork for 913 East 28th Avenue.

Within this same series of Bates Numbered pages at BOA-00174 is the front page of the contract for the purchase and sale of 913 East 28th Avenue , detailing a purchase price of $160,000.00. However, the loan approval notice from the lender for the second mortgage states the sale price as $166,000.00 (see Bates Stamped page BOA-00122). This same property is further detailed in a file referenced under a series of Bates numbers for a GMAC mortgage, see attestation from GMAC on Bates stampted paper at GMAC-00001 Dated December 7th 2009 and referencing subpoena 2009R00832010; the file for the property at 913 East 28th Avenue commences at Bates Number GMAC-00213. Bates Numbered Page GMAC-00252 is a copy of the second page of the HUD 1 Closing statement, there is also an identical Bank of America bates stamped version on sheet BOA-2018-0071. A third version of this closing statement is unlike the other two versions in that it is signed by the buyer, seller and title agent (bates stamped BOA-2018-00075) but shows manually alterted figure work, which lenders generally found unacceptable!

I do not understand the workings of Bates stamping, subpoena's and their accompanying attestations or why documents for the same loans come from different lenders with different content for different Grand Jury Indictments and I therefore urgently seek your explanation ?

Sincerely,

*SMayer*

Stephen Mayer

_____

Stephen Mayer

Docket No 1599371

Pinellas County Jail

14400 N 49th Street

Clearwater Fl 33762

January 5st 2015

STRICTLY CONFIDENTIAL

STEPHEN MAYER
DOCKET No. 1599371
PINELLAS COUNTY JAIL
CLEARWATER FL 33762

JANUARY 25TH 2015

JUDGE S. BUCKLEW                    BY HAND
UNITED STATES COURT HOUSE
TAMPA FL.                           RE: UNITED STATES OF AMERICA v STEPHEN MAYER
                                    CASE: 8:14-CR-00190-SCB-EAJ

DEAR JUDGE BUCKLEW;

          I WRITE TO RAISE SEVERAL CONCERNS IN RESPECT TO MY TRIAL FOR
WHICH I SEEK YOUR WISDOM AND GUIDANCE.

          ON JANUARY 15TH 2015, I WROTE TO MY ATTORNEY MR. BRUNVAND
REGARDING A COMMENT HE MADE ABOUT HOW I WOULD NEED TO ADDRESS
CERTAIN PRE-TRIAL ISSUES IN THE APPELLATE COURT. MR. BRUNVAND MADE THIS
FRIGHTENING STATEMENT FIVE DAYS PRIOR TO MY TRIAL. I WAS SHOCKED GIVEN HIS
PREVIOUSLY POSITIVE ATTITUDE TOWARD MY CASE.

          THROUGHOUT LAST WEEKS PROCEEDINGS MR. BRUNVAND STATED, WE
WERE UNABLE TO USE ANY OF THE DISCOVERY ITEMS AS EVIDENCE UNLESS IT
DIRECTLY IMPEACHED THE TESTIMONY PROVIDED TO THE PROSECUTION. WHEN SUCH AN
OPPORTUNITY AROSE, MR. BRUNVAND THEN STATED, HE PREFERED TO INTRODUCE THESE
DOCUMENTS WHEN I TAKE THE STAND. HOWEVER, I AM CONFUSED BY THE
DISBYISAL OF THE GOVERNMENT WITNESSES, BEFORE WE HAD CONFIRMED THEIR
APPEARANCE, OR THAT THEY HAVE BEEN ADDED TO OUR WITNESS LIST, WHICH
UNDER MR. BRUNVAND'S EXPLANATION OF THE RULES OF ENGAGEMENT WOULD BE
OUR OPPORTUNITY TO FULLY QUESTION THEM. FURTHER, WHY GOVERNMENT
DISCOVERY IN THE FORM OF A PICTURE STAMPED APRIL 27TH 2007 WHICH
ACCURATELY DEPICTED 2306 NORTH NEBRASKA AVENUE CANNOT BE
INTRODUCED NOW, WHEN CLEARLY THE ONE IN EVIDENCE IS SENSATIONAL AND

ERRONEOUS COMPLETELY MYSTIFIES ME.

I CREATED 91 FILES OF APPROXIMATELY 1000 PAGES OF CROSS-REFERENCING DOCUMENTS TO REFUTE STATEMENTS AND REPORTS SUPPLIED BY THE GOVERNMENT. THESE STATEMENTS WERE THE BASIS OF THE GOVERNMENTS INITIAL 42 PAGE COMPLAINT AGAINST ME.

DURING THE TRIAL, TODATE, EACH OF THE TESTIFYING WITNESSES HAVE MADE VERY DIFFERENT STATEMENTS FROM THOSE QUOTED BY INVESTIGATORS, SOME OF WHICH ARE FURTHER DETAILED IN THE COMPLAINT. LARGE PORTIONS OF THE REVISED TESTIMONY PRE-EMPT THE 'IMPEACHMENT' MATERIAL I CREATED FOR MR. BRUNJAND, WHO HAS DECLINED TO ASK ANY OF THE WITNESSES WHY THEIR TESTIMONY HAS CHANGED, OR WHAT, IF ANY INCENTIVES, CONCESSIONS OR IMUNITY THEY HAVE RECEIVED FROM THE GOVERNMENT.

AFTER MS. CHEN'S TESTIMONY, MR. BRUNJAND ASKED THAT I HANDED HIM MY NOTES OF HER TESTIMONY. MR. BRUNJAND, STATED, HE WANTED TO MAKE SURE HE HADN'T MISSED ANYTHING AND THAT HE WOULD RETURN THE NOTES THE FOLLOWING MORNING TODATE, THAT HAS NOT HAPPENED. WHEN QUESTIONING MS. CHEN, MR BRUNJAND INITIALLY REFERENCED A CHECK SHE HAD COUNTER CASHED WHERE THE MEMO READ, 'TOWING RE-IMBURSEMENT.' MR. BRUNJAND STOPPED SHORT OF ASKING MS. CHEN THE CRUCIAL QUESTION AS TO WHY INVESTIGATORS REFERENCED THIS SPECIFIC ITEM AS UNPAID, BY MYSELF OR THE COMPANY, WHEN DISCRIBING MS. CHEN AS SOME SORT OF DUPED INVESTOR IN THE INITIAL COMPLAINT.

DESPITE NUMEROUS OPPORTUNITIES TO DISPUTE MS. FOBARE'S AND MS. CHEN'S TESTIMONY USING THEIR ORIGINAL STATEMENTS AND DOCUMENTARY EVIDENCE THEY WENT UNCHALLENGED AND I BECAME FORCED TO FOCUS ON MR. BRUNJAND'S CHILLING REFERENCE TO THE APPELLATE COURT.

I DO NOT KNOW WHAT TO THINK OR DO AND IT IS OUT OF RESPECT FOR THE COURT, THE JUDICIAL SYSTEM IN GENERAL AND MY RESPECT FOR YOUR OFFICE THAT I BRING THESE MATTERS TO YOUR ATTENTION.            Sincerely,

1/31  1 OF 4
JANUARY 31st 2015

STEPHEN MAYER
AGENCY # 02303104  (HB07)
CITRUS COUNTY DETENTION FACILITY
2604 W. WOODLAND RIDGE DRIVE, LECANTO FL
CITRUS COUNTY
FLORIDA  34461


BJORN BRUNVAND ESQ.
615 TURNER STREET
CLEARWATER FL 33756

UNITED STATES OF AMERICA v. STEPHEN MAYER
CASE No. 8:14-CR-00190-SCB-24EAT

DEAR BJORN;

SINCE THE VERDICT, AS OF 3PM JANUARY 29TH 2015 HAS BEEN RENDERED IN MY ABOVE TITLED CASE I WANTED TO MEMORIALIZE A FEW OF THE HIGHLIGHTS OF MY EIGHT DAY TRIAL, WHICH COMMENCED ON JANUARY 20TH 2015. IN THE VERDICT, I NOTED THE JURY WAS REQUIRED TO CONFIRM GREEN POINT MORTGAGE'S STATUS AS A DEFRAUDED FINANCIAL INSTITUTION, AN ASPECT THAT CONFUSED ME IN SO FAR AS THE GOVERNMENTS CLAIM OF FACT, AS TO GREENPOINT'S STATUS IN THE INDICTMENT.

ON THE FIRST DAY OF TRIAL, JANUARY 20TH 2015 YOU INFORMED ME YOU WOULD RESERVE YOUR OPENING STATEMENTS TO A TIME PRIOR TO MY TAKING THE STAND AND THE DEFENSE PORTION OF THE TRIAL; YOU ALSO STATED THE VOLUMOUS DOCUMENTS I HAD CULLED FROM THE GOVERNMENTS DISCOVERY WERE AVAILABLE TO ENTER AS EXHIBITS AS WE PROCEEDED WITH THE CROSS EXAMINATION OF WITNESSES AND ULTIMATELY DURING MY TESTIMONY.

1/3/l 2of4

ON JANUARY 23RD AFTER YOU REFUSED TO CHALLENGE ANY OF THE GOVERNMENTS DOCUMENTS WHICH WERE ENTERED AS EXHIBITS WHICH I HAD PREVIOUSLY INFORMED YOU, CONTAINED MULTIPLE 'ERRORS', AND OVER MY CONCERN AT YOUR GENERAL CONDUCT I WROTE DIRECTLY TO THE JUDGE WHO PROCEEDED TO CIRCULATE AND FILED THAT LETTER INTO THE RECORD (SEE ATTACHED)

ON SUNDAY JANUARY 25TH 2015 YOU VISITED ME AT THE PINELLAS COUNTY JAIL, HOWEVER, YOU LEFT QUICKLY WHEN I DEMANDED ANSWERS TO CERTAIN QUESTIONS ABOUT THE TRIAL AND YOUR OVERALL STRATEGY. IN VIEW OF YOUR CONDUCT I WROTE TO THE JUDGE AGAIN TO EXPRESS MY CONCERNS, AND INCLUDED A PHOTOGRAPH OF WHAT WAS TO BE THE ONLY EXHIBIT IN MY DEFENSE, I HANDED THAT LETTER TO THE JUDGE THE FOLLOWING MORNING. JUDGE BUCKLEW ALSO ELECTED TO FILE THAT LETTER IN THE DOCKET AND CIRCULATED IT TO ALL PARTIES.

THROUGHOUT THE TRIAL EACH OF THE GOVERNMENTS WITNESSES PROVIDED CONTRADICTORY TESTIMONY TO THAT WHICH WAS QUOTED AS HAVING BEEN STATED TO GOVERNMENT AGENTS. MS. CHEN HAD MADE NUMEROUS COMMENTS WHICH WERE QUOTED IN THE GOVERNMENTS COMPLAINT; MR HURT, ANOTHER WITNESS, WAS ALSO QUOTED IN PRE-TRIAL STATEMENTS WITH A FAR DIFFERENT VERSION OF EVENTS TO THOSE HE TESTIFIED TO UNDER OATH. MS. WILCOX, THE GOVERNMENTS LEAD INVESTIGATOR WAS HELD OUT AS AN EXPERT AND DESPITE MY DEMANDS THAT YOU OBJECT TO NUMEROUS OF HER FACTUALLY INCORRECT STATEMENTS AND OVERALL KNOWLEDGE OF HARD MONEY LENDING YOU REFUSED TO ACT.

PRIOR TO YOUR 38 MINUTE CLOSING ARGUMENT I REMINDED YOU OF CERTAIN FACTS, YOU CHILLINGLY SMILED, AND SAID, 'I KNOW!'

1/31   3 of 4

ABSENT WERE THE PROPERTY GRAPHICS I HAD PREPARED FOR YOU, ANY WITNESSES OR EXHIBITS APART FROM THE ONE I PUSHED THROUGH VIA THE JUDGE.

SUBSEQUENT TO THE PROSECUTORS REST ON JANUARY 29TH THE JUDGE REFERENCED THE LACK OF TRIAL TRANSCRIPTS FOR THE JURY TO REFER TO, DESPITE AS SHE STATED THE CLERKS FURIOUS TYPING THROUGHOUT THE TRIAL AND I WOULD THEREFORE LIKE TO KNOW HOW I CAN GET THE AUDIO COPY OF THE TRIAL, THE CLERKS NOTES AND WHAT OVERAL PROCEDURES ARE IN PLACE FOR THE PRESERVATION OF THESE ITEMS? I WOULD ALSO LIKE TO KNOW HOW THE WORK PRODUCT I PREPARED FOR THE TRIAL WILL BE PRESERVED AND WHERE?

SINCERELY

STEPHEN MAYER

TRIAL NOTES (PART A)                                    1/31   4 OF 4

MS. STEPHANIE DYNMINSKI OF ACCUTITLE AND LAND
WAS NOT ASKED TO IDENTIFY ME OR STATE IF SHE HAD EVER SPOKEN OR
MET ME. IN RE 5005 TROYDALE CLOSING, ATTENDED BY SUSAN CHEN, THE
PROSECUTER REFERENCED CASH MCBRIDE OF PREMIER MORTGAGE
FUNDING AS THE BROKER. I INSISTED WITH VIGOR MR. BRUNVAND
CHALLENGE THE ISSUE IN THAT IT WAS NOT CASH MCBRIDE BUT
A MR. MARK COLONIS AND THAT MR. ESOP HAD LEVIED SOME
SERVICE FEE'S ON ONE OF THE TWO HUD I CLOSING STATEMENTS.
I HAVE NEVER BEEN TO ACCU TITLE OR EVER SPOKEN WITH ANY
STAFF AT THEIR OFFICES OR SPOKEN TO, ASSOCIATED WITH ON
ANY LEVEL MR. CASH MCBRIDE.
SHE WAS NOT ASKED WHO SHE LIASED WITH OR TOOK INSTRUCTIONS
IN REFERENCE TO THE CLOSING OF THIS AND OTHER ESOP PURCHASES.
(THIS WAS THE TITLE COMPANY REFERENCED IN THE LETTER TO JUDGE
BUCKLEN DATED JANUARY 23RD)
MS. DRAKE ON THE STAND STATED MR. ESOP TOLD HER WHAT
PROPERTIES TO PURCHASE AND THAT MR. MCBRIDE WAS INTRODUCED
VIA MR. ESOP. SHE WAS NOT ASKED WHO ARRANGED HER
MORTGAGES OR THOSE OF MR & MRS ESOP'S. SHE WAS ALSO NOT
ASKED WHAT INVOLEMENT SHE HAD WITH THE MORTGAGE PROCESS
TITLE AGENTS AND GENERAL ARRANGEMENTS. SHE STATED SHE DIDN'T
KNOW PROPERTY SHE WAS PURCHASING WAS PRE-FORECLOSURE A FACT
DOCUMENTS DISPROVE AND BORE NO RELEVANCE TO HER PURCHASES.
MS. WILCOX (INVESTIGATOR) WAS UNCHALLENGED DESPITE MY NUMEROUS
DEMANDS OF MY ATTORNEY. SHE DISCRIBED HARD MONEY LOANS
INACURATELY AND FAILED TO STATE IT WAS HER OPINION INSTEAD
ASSERTIVE FACTS!

STEPHEN MAYER                                    FEBRUARY 10TH 2015
I.D. 02-303-104
CITRUS COUNTY DETENTION CENTER


BJORN BRUNVAND ESQ.
615 TURNER STREET
CLEARWATER FL 33756


            RE  UNITED STATES OF AMERICA V STEPHEN MAYER
                CASE No 8:14-CR-00190-SCB-EAJ

DEAR BJORN;

        PURSUANT TO MY LETTERS OF JANUARY 1ST, 5TH, 19TH
20TH, 21ST AND THE 31ST (COPIES OF WHICH ARE ATTACHED) I AM
WRITING TO URGE YOU TO ANSWER THE NUMEROUS OUTSTAND
-ING QUESTIONS RAISED IN THOSE LETTERS AND FURTHER CLARIF
MY CURRENT LEGAL STANDING PURSUANT TO JUDGE BUCKLEW
ORDER OF OCTOBER 20TH 2014, WHICH, UNTIL OTHERWISE
ADVISED LEAVES YOU AS MY ONLY LEGAL ADVISOR AT THIS
TIME.

        JUDGE BUCKLEW MADE THE ABOVE REFERENCED
RULING IN RESPONSE TO MY MOTION DATED AND HEARD
OCTOBER 20TH 2014. YOU PREVIOUSLY CONFIRMED THAT MY
FIVE PAGE PRO SE MOTION APPEARED UNDER DOCKET REFERENCE
NUMBER 50. YOU ARE AWARE THAT I FILED THAT MOTION AS A
RESPONSE TO MY PREVIOUS FEDERAL PUBLIC DEFENDERS MS.
MARY MILL'S ACTION AS OF OCTOBER 15TH WHEN SHE
NOTIFIED ME SHE HAD INSTRUCTED THE PINELLAS COUNTY
SHERIF'S OFFICE, MY THEN JAILERS TO BLOCK ANY ATTORNEY VISITS
TO ME UNLESS APPROVED BY HER REGARDLESS OF THE LEGAL
MATTER/TOPIC FOR WHICH THEY SOUGHT TO VISIT ME. MS.
MILLS ALSO ALLEDGED MY PERSONAL ATTORNEY, DANIEL

JONAS WAS INTERFERING WITH AND DIRECTING COUNCIL, FILING A MOTION WHERE MS. MILLS CLAIMED SUCH TO THE COURT ON OCTOBER 15TH. MY MOTION DETAILED MS. MILLS CONFERENCE PHONE CALL SHE HAD MADE WITH MR. JONAS AND HER COLLEGUE MR. VITIER WHICH WOULD SERVE TO IMPEACH THE STATEMENTS MADE BY MS. MILLS IN HER MOTION WITH REGARD TO MR. JONAS. MY MOTION ALSO DETAILED THE INSTRUCTIONS MS. MILLS GAVE TO THE PINELLAS COUNTY SHERIES DEPARTMENT FOR WHICH I HAD RECEIVED WRITTEN NOTICE OF FROM MS. MILLS DIRECTLY. WHEN BOTH MS. MILLS MOTION AND MINE WERE HEARD ON OCTOBER 20TH THE NET RESULT WAS YOUR REPLACEMENT OF MS. MILLS AND THE SCUTTLING OF MY TRIAL CERTAIN DATE OF OCTOBER 27TH 2014.

I HAVE JUST LEARNED THAT DOCKET 50 CONTAINS ONLY THREE OF THE FIVE PAGES THAT I PERSONALLY HANDED TO JUDGE BUCKLEW ON OCTOBER 20TH 2014. THE PAGES SEEKING RELEIF TO SEEK A SECOND LEGAL OPINION INSTRUCT COUNCIL OF MY CHOOSING AND THE DETAILS OF MS. MILLS CONFERENCE CALL AND HER EXTREME ACTION WITH THE SHERIES OFFICE ARE MISSING.

THE FOLLOWING URGENT QUESTIONS NOW ARISE IN ADDITION TO THOSE IN THE AFFORMENTIONED LETTERS:

i) YOU PREVIOUSLY CLAIMED YOU COULD NOT FILE ANY MOTIONS IN RESPONSE TO JUDGE BUCKLEWS OCTOBER 20TH RULING, THEREFORE, PLEASE ADVISE WHEN THIS ORDER WILL EXPIRE?

ii) PLEASE PROVIDE DETAILS AS TO THE LEGAL BASIS UNDER WHICH THE AFORMENTIONED ORDER GOVERNS ME?

iii) HOW IS DOCKET No. 50 AMENDABLE TO ACCURATELY REFLECT THE ACTUAL MOTION I HANDED JUDGE BUCKLEW? I HAD ALSO HANDED VIA A THIRD PARTY ANOTHER COPY OF THIS MOTION TO THE SHERIF DEPUTY ON DUTY AT THE PINELLAS COUNTY JAIL IN MY HOUSING UNIT AT 8 A.M. ON OCTOBER 20TH FOR ONWARD TRANSMISSION TO THE COURT, HOWEVER, THAT COPY WAS REPORTED UPON MY INQUIRY AS LOST.

iv) YOU PREVIOUSLY CLAIMED MY DECEMBER 8TH PRO SE MOTION SEEKING RELEIF TO LITIGATE IN PURSUIT OF MY COMMERCIAL INTERESTS WAS HEARD DURING YOUR DECEMBER STATUS UPDATE HEARING BEFORE JUDGE BUCKLEW OF MY CASE. YOU ADVISED ME JUDGE BUCKLEW DENIED THIS MOTION BUT DESPITE MY NUMEROUS REQUESTS YOU HAVE FAILED TO PROVIDE OR CONFIRM THE MOTIONS DOCKET NUMBER. I HAVE ATTACHED A COPY OF THIS MOTION TO REFRESH YOUR MEMORY AND AM AGAIN REQUESTING YOUR CONFIRMATION OF THE DOCKET NUMBER IT IS FILED UNDER, A COPY OF THE JUDGES WRITTEN RULING AND AN EXPLANATION AS TO WHY I WAS NOT PROVIDED WITH A HEARING ON MY OWN MOTION? (MOTION AND ACCOMPANYING COVER LETTER OF DECEMBER 8TH ATTACHED)

v) IN THAT WITNESS TESTIMONY GREATLY VARIED AT TRIAL COMPARED TO STATEMENTS PROVIDED AS DISCOVERY AND OR WERE QUOTED IN THE COMPLAINT, WHAT RIGHTS DO I HAVE TO VIEW THE GRAND JURY TRANSCRIPTS AND WHAT SIGNIFICIENCE IS THE DOUBTLESS DIFFERENCE TO STATEMENTS MADE IN THE TRIAL?

I CANNOT DECIDE IF MY CIRCUMSTANCES ARE INFLUENCED IN PART OR WHOLLY BY THE COMMENTS OF JUDGE JENKINS

AT MY OCTOBER 8TH EX-PARTE HEARING WITH MS. MILLS, A SUBJECT I REFERENCED TO YOU IN MY JANUARY 19TH 2015 LETTER. OR MS RIEDEL'S MOTION OF OCTOBER 10TH FOR A PROTECTIVE ORDER FOR THE DISCOVERY, PERHAPHS BECAUSE OF MY RECORDED PHONE CONVERSATION THE PRIOR WEEK WHERE I ASKED WHAT THE BAR WAS FOR PROSECUTORIAL MISCONDUCT IN THE LIGHT OF THE NUMEROUS CONFLICTS BETWEEN THE ORIGINAL COMPLANT, AND WITNESS STATEMENTS COMPARED TO THE GOVERNMENTS OWN DISCOVERY. MS. MILLS YOU MAY REMEMBER HAD CLAIMED THAT FACT IRRELEVANT IN THAT SHE STATED THE GOVERNMENT DESTROYS EVIDENCE AND STILL WINS THEIR CASES. OR WAS IT MS. MILLS OWN EXTREME ACTION OF OCTOBER 15TH; WHAT EVER THE REASON AS A PROUD BRITAIN WHO IS A HUGE FAN OF THE AMERICAN WAY AND AN EVEN BIGGER ONE OF THE AMERICAN CONSTITUTION I HAVE TO BELEIVE THIS DOES OR WIll AT SOME POINT ACTUALLY MATTER.

FINAlly, I HAVE BEEN APPROACHED BY FRIENDS WHO WANT TO LEND THEIR SUPPORT AT MY MAY 5TH SENTANCING, HOWEVER, I DO NOT KNOW IE THIS IS OF ANY VALUE PURSUANT TO YOUR COMMENTS ON THIS POINT ON JANUARY 19TH!

SINCERELY,

STEPHEN MAYER.

SCREENED
By USM3

CLERK OF THE COURT
UNITED STATES COURT HOUSE
801 NORTH FLORIDA AVENUE
TAMPA  FL  33602

FACILITY
COU #79 DISPATCH RIGHT DRIVE
WEST WOODWARD
WTO FL 34961