

S. MAYER
Agency 02303/04
2604 WESTWOODLAND RIDGE DRIVE
LECANTO FL 34461

SCREENED BY USMS

CLERK OF THE COURT
UNITED STATES COURT HOUSE
801 NORTH FLORIDA AVENUE
TAMPA FL 33602

