## **MORTGAGES OBTAINED BY STEPHEN MAYER***

| Property | Mortgage Amounts |
|---|---:|
| 2914 N. 17th Street | $306,000 |
| 4852 Troydale Road | $995,000 |
| 1715 E. Columbus Drive | $216,000 |
| 2306 Nebraska Avenue | $279,000 |
| 2911 N. 18th Street | $171,000 |
| 915 E. 23rd Avenue | $355,500 |
| 913 E. 28th Avenue | $144,000 |
| 918 E. 14th Avenue | $247,500 |
| 711 E. James Street | $220,500 |
| 3510 N. 11th Street | $245,700 |
| 3514 N. 9th Street | $234,000 |
| 5005 Troydale Road | $990,000 |
| | TOTAL    $4,404,200 |

**\*** Information extracted from Exhibit 18R, "Total Losses – Charged Properties," which was presented at trial.  *See* Exhibit B.

**EXHIBIT A**