# Total Losses – Charged Properties

| Property Address | End Purchaser | Date of Purchase | Mortgages | Final Results | Losses to Lenders |
|---|---|---|---|---|---|
| 2914 N. 17th St. (Ex. 1) | Esops | 8/23/2006 | $306,000 | Tax Deed | $306,000 |
| 4852 Troydale Rd. (Ex. 2) | Fobare | 8/24/2006 | $995,000 | Short sale $415,000 | $580,000 |
| 1715 E. Columbus Dr. (Ex. 3) | Esops | 9/29/2006 | $216,000 | Fire – insurance payoff | $0 |
| 2306 N. Nebraska Ave. (Ex. 4) * | Fobare | 10/12/2006 | $279,000 | Bank sale $41,000 | $238,000 |
| 2911 N. 18th St. (Ex. 5) | Esops | 10/31/2006 | $171,000 | Short sale $116,800 | $54,200 |
| 915 E. 23rd Ave. (Ex. 6) * | Fobare | 11/17/2006 | $355,500 | FMV $57,356 | $298,144 |

EXHIBIT B

1

## Total Losses – Charged Properties

| Property Address | Final Purchaser | Date of Purchase | Mortgages | Final Results | Losses to Lenders |
|---|---|---|---|---|---|
| 913 E. 28th Ave. (Ex. 7) | Esops | 11/20/2006 | $144,000 | Tax Deed | $144,000 |
| 918 E. 14th Ave. (Ex. 8) | Esops | 11/20/2006 | $247,500 | Short sale $72,000 | $175,500 |
| 711 E. James St. (Ex. 9) | Esops | 11/21/2006 | $220,500 | Bank sale $32,000 | $188,500 |
| 3510 N. 11th St. (Ex. 10) * | Fobare | 12/4/2006 | $245,700 | FMV $54,239 | $191,461 |
| 3514 N. 9th St. (Ex. 11) * | Fobare | 12/4/2006 | $234,000 | Bank sale $30,000 | $204,000 |
| 5005 Troydale Rd. (Ex. 12) | Esops | 1/12/2007 | $990,000 | Bank sale $252,100 | $737,900 |
| Totals: | | | | | $3,117,705 |