UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NO.: 8:14-cr-190-T-24EAJ

vs.

STEPHEN MAYER

_____

**ORDER**

This cause comes before the Court on Defendant's *pro se* Motions for Change of Venue and Replacement of Counsel (Doc. 99). Motion for a Protective Order (Doc. 100), and Motion for a Protective Order to Preserve Court Audio Recordings and Assert the Defendants' Right to Transcripts as May Be Applicable (Doc. 101).

Defendant Mayer is represented by an attorney. Thus, these *pro se* filing are in violation of Local Rule 2.03(d), which requires that any person represented by an attorney be heard by the Court through that attorney. Accordingly, Defendant's Motions are **denied without prejudice**.

Defendant has filed a fourth motion, Motion to Replace Counsel of Record (Doc. 102). The Court will hear this motion on May 5, 2015 at time of sentencing. The Court reminds Mr. Mayer of its previous admonition that it will not appoint a third counsel. If Mr. Mayer wishes new counsel, he will have to retain that counsel because the Court will not appoint another counsel.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of April, 2015.

*(signed)* Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

**Copies furnished to:**

Counsel of Record and Stephen Mayer